AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

SS# 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
Shelley Grace Pezan
Plaintiff

V.

Commissioner of Social Security
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08-2117

I, __Shelley G. Pezan__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes        ☒ No        (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution? _____ Do you receive any payment from the institution? _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?        ☐ Yes        ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   11/11/2002 - $900 every Two Weeks
   Thornton + Powell Ins - 5550 W. 147th St. - Oak Forest, IL 60452

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☒ Yes | ☐ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☐ Yes | ☒ No |
   | f. Any other sources | ☐ Yes | ☒ No |

   FILED
   MAY 27 2008
   CLERK OF THE COURT
   U.S. DISTRICT COURT
   CENTRAL DISTRICT OF ILLINOIS

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

B. I Received $300.00 per month Rent From the period of 10/2006 - 9/2007
The tenant has moved out and I no longer Rent the Room.

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☒ No

   If "Yes," state the total amount.   $6.42

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   1990 Skyline Mobile Home  $8,000 — This is my Residence

   1996 Oldsmobile Sierra — $2,000 — my only Car

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Kyle Kimball — Son  3/3/1999 — $0.00

I declare under penalty of perjury that the above information is true and correct.

5/22/2008
Date

Signature of Applicant

SS # 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

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
_____ DIVISION

SS# 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

Shelley Grace Pezan
Plaintiff                                    )
                                             )
                                             )
vs.                                          )     Case # 08-2117
                                             )
Commissioner of Social Security              )
Defendant                                    )

RECEIVED
MAY 27 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT

The plaintiff is a resident of Bourbonnais, Illinois.
(City and State)

The plaintiff's Social Security number has been attached to the copy of the complaint served on the Commissioner of Social Security.

The plaintiff complains of a decision which adversely affects him/her. The decision has become the final decision of the Commissioner for purposes of judicial review and bears the following caption:

In the case of

Shelley Grace Pezan
Claimant

Shelley Grace Pezan
Wage Earner

Claim for:

Social Security Disability

The plaintiff has exhausted administrative remedies in this matter and this Court has jurisdiction for judicial review pursuant to 42 U.S.C. 405(g).

Wherefore, plaintiff seeks judicial review by this Court and the entry of judgment for such relief as may be proper, including costs.

Signature: [signed]
Print Name: Shelley G. Pezan
Address: 73 St. Peters Dr.
Bourbonnais, IL 60914
Telephone No: (815) 401-5089

SOCIAL SECURITY ADMINISTRATION

Refer to: TLC
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

Office of Disability Adjudication
 and Review
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (703) 605-8000
Date:

# NOTICE OF APPEALS COUNCIL ACTION

Shelley Grace Pezan
73 St. Peters Drive
Bourbonnais, IL 60914

APR 0 2 2008

This is about your request for review of the Administrative Law Judge's decision dated February 7, 2007.

## We Have Denied Your Request for Review

We found no reason under our rules to review the Administrative Law Judge's decision. Therefore, we have denied your request for review.

This means that the Administrative Law Judge's decision is the final decision of the Commissioner of Social Security in your case.

## Rules We Applied

We applied the laws, regulations and rulings in effect as of the date we took this action.

Under our rules, we will review your case for any of the following reasons:

- The Administrative Law Judge appears to have abused his or her discretion.

- There is an error of law.

- The decision is not supported by substantial evidence.

- There is a broad policy or procedural issue that may affect the public interest.

- We receive new and material evidence and the decision is contrary to the weight of all the evidence now in the record.

## What We Considered

In looking at your case, we considered the reasons you disagree with the decision and the additional evidence listed on the enclosed Order of Appeals Council.

See Next Page

Shelley Grace Pezan (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)                                                         Page 2 of 3

We found that this information does not provide a basis for changing the Administrative Law Judge's decision.

**If You Disagree With Our Action**

If you disagree with our action, you may ask for court review of the Administrative Law Judge's decision by filing a civil action.

If you do not ask for court review, the Administrative Law Judge's decision will be a final decision that can be changed only under special rules.

**How to File a Civil Action**

You may file a civil action (ask for court review) by filing a complaint in the United States District Court for the judicial district in which you live. The complaint should name the Commissioner of Social Security as the defendant and should include the Social Security number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued by the court to the U.S. Attorney for the judicial district where you file your complaint, as provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Social Security Administration's Office of the General Counsel that is responsible for the processing and handling of litigation in the particular judicial district in which the complaint is filed. The names, addresses, and jurisdictional responsibilities of these offices are published in the Federal Register (70 FR 73320, December 9, 2005), and are available on-line at the Social Security Administration's Internet site, https://s044a90.ssa.gov/apps10/poms.nsf/lnx/0203106020!opendocument.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Attorney General of the United States, Washington, DC 20530.

**Time To File a Civil Action**

- You have 60 days to file a civil action (ask for court review).

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

- If you cannot file for court review within 60 days, you may ask the Appeals Council to extend your time to file. You must have a good reason for waiting more than 60 days to ask for court review. You must make the request in writing and give your reason(s) in the request.

See Next Page

Shelley Grace Pezan (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)                                            Page 3 of 3

You must mail your request for more time to the Appeals Council at the address shown at the top of this notice. Please put the Social Security number(s) also shown at the top of this notice on your request. We will send you a letter telling you whether your request for more time has been granted.

**About The Law**

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

**If You Have Any Questions**

If you have any questions, you may call, write, or visit any Social Security office. If you do call or visit an office, please have this notice with you. The telephone number of the local office that serves your area is 815-937-3245. Its address is:

> SOCIAL SECURITY
> 630 E. OAK ST.
> KANKAKEE, IL 60901
>
>             ORIGINAL SIGNED BY
>
>
> John F. Mahoney
> Appeals Officer

Enclosure: Order of Appeals Council

cc: Lorie A. Lugar
    128 Tetrault
    Bourbonnais, IL 60914

See Next Page

Social Security Administration
OFFICE OF DISABILITY ADJUDICATION AND REVIEW

ORDER OF APPEALS COUNCIL

| **IN THE CASE OF** | **CLAIM FOR** |
|---|---|
| | Period of Disability |
| | Disability Insurance Benefits |
| Shelley Grace Pezan | Supplemental Security Income |
| (Claimant) | |
| | 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 |
| (Wage Earner) | (Social Security Number) |

The Appeals Council has received additional evidence which it is making part of the record. That evidence consists of the following exhibits:

Exhibit AC-1    Letter dated March 21, 2007 signed by Lorie A. Lugar, with attached Exhibits 30F through 36F

Date:                                                                APR 0 2 2008